UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOHN A ZASADIL  
    ERIN K ZASADIL  
        Debtor(s)

Case No. 10-49937

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2010.

2) The plan was confirmed on 01/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/22/2012, 01/14/2013, 08/21/2013, 08/21/2013.

5) The case was converted on 10/26/2015.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,898.24.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,900.00 |
| Less amount refunded to debtor | $28.77 |
| **NET RECEIPTS:** | **$26,871.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,099.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,873.02** |

Attorney fees paid and disclosed by debtor:    $1,726.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APRIA HEALTHCARE | Unsecured | 102.00 | 354.64 | 354.64 | 16.43 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 8,057.00 | 8,195.19 | 8,195.19 | 514.56 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 932.66 | 932.66 | 58.56 | 0.00 |
| CAROL WRIGHT | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 936.50 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 9,328.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 970.00 | 970.00 | 993.00 | 62.35 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 79.19 | 79.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 76.00 | 76.01 | 76.01 | 0.00 | 0.00 |
| K JORDAN | Unsecured | 216.84 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 9,328.00 | 7,462.33 | 7,462.33 | 468.55 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 167.00 | 718.30 | 718.30 | 45.10 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,288.96 | 1,288.96 | 80.93 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 343.12 | 343.12 | 15.89 | 0.00 |
| LVNV FUNDING | Unsecured | 1,117.00 | 1,181.14 | 1,181.14 | 74.16 | 0.00 |
| MEDICAL EYE SERVICES | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTH SHORE LAB SERVICES | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 31.79 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 10.96 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 659.99 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Secured | 8,246.88 | 8,246.68 | 8,246.68 | 8,246.68 | 432.57 |
| PENN CREDIT CORP | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PHYSIOTHERAPY ASSOC | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,413.43 | 3,521.51 | 3,521.51 | 221.11 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 598.68 | 609.77 | 609.77 | 38.29 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT SI | Secured | 14,749.32 | 13,589.23 | 13,589.20 | 13,589.20 | 0.00 |
| RUSHMORE LOAN MANAGEMENT SI | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 152.74 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 597.22 | 764.15 | 764.15 | 47.98 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 982.28 | 1,029.67 | 1,029.67 | 64.65 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 458.00 | 457.62 | 457.62 | 21.20 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,589.20 | $13,589.20 | $0.00 |
| Debt Secured by Vehicle | $8,246.68 | $8,246.68 | $432.57 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,835.88** | **$21,835.88** | **$432.57** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$28,007.26** | **$1,729.76** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,873.02 |
| Disbursements to Creditors | $23,998.21 |
| **TOTAL DISBURSEMENTS** : | **$26,871.23** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/02/2015                                By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**